USAO#2025R00595
TMS: 2/11/26

1:26-mj-00358-EA

✓ ____ FILED ____ ENTERED
____ LOGGED ____ RECEIVED

5:19 pm, Feb 12 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ TTD _____ Deputy

## **AFFIDAVIT IN SUPPORT OF A**
## **CRIMINAL COMPLAINT AND SUMMONS**

I, Steven Fantigrossi, being duly sworn, state the following:

### **INTRODUCTION**

1.    I make this affidavit in support of a criminal complaint and summons charging that on or about September 6, 2025, the Defendant, **STUART DALE BENNETT (BENNETT)**, committed a violation of 49 U.S.C. § 46307, knowing or willful violation of national defense airspace.

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### **AFFIANT BACKGROUND**

3.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since August 2020. I am currently assigned to the FBI Baltimore Field Office in Baltimore, Maryland. During my employment as an FBI Agent, I have been assigned to investigate violations of federal law, including those concerning violations of national defense airspace. During my employment with the FBI, I completed a training course on small, unmanned aircraft systems (sUAS) at Embry Riddle Aeronautical University. In 2018, I obtained an FAA Part 107 Remote Pilot Certificate required to fly drones commercially in the U.S.

4.    I have received training and have gained experience in interviewing and

interrogation techniques, and on obtaining and executing searches and seizures, as well as arrests. I have also received training and have gained experience in computer and electronic device evidence identification, seizure, and processing and review.

5.      The facts in this affidavit come from my personal observations, my training and experience, research, and information obtained from this and other investigators. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and summons and does not set forth all my knowledge about this matter.

## APPLICABLE LAW AND RELEVANT LOCATIONS

6.      Title 14 ("Aeronautics and Space"), Code of Federal Regulations Section 1.1 defines the following terms used in this affidavit:

    a.  "Aircraft" means a device that is used or intended to be used for flight in the air.

    b.  "Unmanned aircraft" means an aircraft operated without the possibility of direct human intervention from within or on the aircraft.

    c.  "Small, unmanned aircraft" means an unmanned aircraft weighing less than 55 pounds on takeoff, including everything that is on board or otherwise attached to the aircraft.

    d.  "Small, unmanned aircraft systems" (sUAS) means a small, unmanned aircraft and its associated elements (including communication links, and the components that control the small, unmanned aircraft) that are required for the safe and efficient operation of the small, unmanned aircraft in the national airspace system.

    e.  A "prohibited area" is airspace designated under Part 73 (of Title 14) within which no person may operate an aircraft without the permission of the using agency.

f.  A "Restricted area" is airspace designated under Part 73 within which the flight of aircraft, while not wholly prohibited, is subject to restriction.

g.  "National defense airspace" means airspace established by a regulation prescribed, or an order issued under, 49 U.S.C. 40103(b)(3).

7.  Title 49, United States Code, Section 46307 prohibits a person from knowingly or willfully violating 49 U.S.C. § 40103(b)(3), or a regulation prescribed, or order issued under § 40103(b)(3).

8.  Pursuant to 14 C.F.R. § 99.7, the Federal Aviation Administration (FAA) issues Temporary Flight Restrictions (TFRs) over specific national security-sensitive facilities, including military bases and Department of Defense (DOD) sites, which are referred to as DOD National Security UAS Flight Restrictions (NSUFRs).

9.  One such protected sensitive facility is the Raven Rock Mountain Complex, ("RRMC") and the various sites that constitute parts of the complex, including "Site C," which is located within the District of Maryland.

10.  Title 10, United States Code, Section 2674 sets forth the statutory regulations for operation and control of Pentagon Reservation.

11.  Specifically, Sections 2674(a)-(b) state that "[t]he Secretary of Defense has jurisdiction, custody, and control over, and responsibility for, the operation, maintenance, and management of the Pentagon Reservation."

12.  Title 10 United States Code § 2674(f)(1) specifies that the "Pentagon Reservation" includes Raven Rock Mountain Complex.

13.  Section 2674(f)(5) further defines the situs of the "Raven Rock Mountain Complex" as that area of land (consisting of approximately 720 acres) and improvements thereon,

including parking areas, at the Raven Rock Mountain Complex and its supporting facilities located in Maryland and Pennsylvania.

14.     The FAA's Special Security Instruction (SSI) (14 C.F.R. § 99.7) TFR restricts the airspace above the RRMC Site C.

15.     The FAA identifies this TFR as 20181204-DOD-Raven Rock Mountain Complex-RRMC 1 and protects RRMC Site C. This TFR is visible on the FAA's website, as depicted below:



## **PROBABLE CAUSE**

16.     On or about September 8, 2025, a military official reported that a YouTube channel titled "Area 82 Surveillance911" posted drone footage of an identified sensitive U.S. national defense facility, on or about September 1, 2025.

17.     On or about September 8, 2025, the Naval Criminal Investigative Service (NCIS) conducted a preliminary review of the "Area 82 Surveillance911" YouTube channel and identified videos depicting several identified national defense facilities, including Raven Rock Mountain Complex, which appeared to have been taken from an Unmanned Aircraft System ("UAS").

18.     The "Area 82 Surveillance911" YouTube channel displayed the owner as the YouTube user "mtsxhacker."

19.     On or about September 18, 2025, the FBI conducted a preliminary review of the "Area 82 Surveillance911" YouTube channel, which included videos of what appear to depict DOD facilities, and critical infrastructure of importance to national security, including the following videos of Raven Rock Mountain Complex:

> a.  YouTube video named "Raven Rock Mountain Complex COG Site. (2nd Pentagon)"; and
>
> b.  YouTube video named "Blue Ridge Summit / Former Fort Ritchie Communications Site with lots of secret squirrel antennae."

20.     Notably, the Area 82 Surveillance911 YouTube channel actually included video titles that in some cases identifies sites as being considered "classified" or "Top Secret." Additionally, Area 82 Surveillance911 had a folder titled, "Classified Secret Sites" which contained approximately seven videos of UAS overflight of U.S. Government facilities.

21.    Based on the Internet Protocol (IP) address overlap of other email accounts controlled by **BENNETT** and the use of the same recovery phone number and email addresses used by **BENNETT** to register for services with the United States Postal Service (USPS) and to submit unrelated complaints to the FBI, agents believed that "mtsxhacker," the YouTube channel owner, was **BENNETT**.

22.    On September 24, 2025, United States Magistrate Judge Chelsea J. Crawford signed search warrants (25-mj-02430, 25-mj-02432, and 25-mj-02434) authorizing the FBI to search **BENNETT**'s residence, his person, and his vehicle.  The search warrant also authorized the examination of electronic storage devices obtained during the searches.

23.    On September 25, 2025, the FBI executed the search warrant at **BENNETT**'s residence and seized a Potensic Atom drone, model DSDR04C, bearing Serial Number DSDR04C0624B03419 ("the Potensic sUAS" or "the sUAS"), four micro-SD cards including a 32GB SanDisk Extreme micro-SD card, and a Hewlett-Packard (HP) Z240 Tower Workstation. Agents seized these items from what they believed to be **BENNETT**'s room.

24.    During the execution of the search warrant, FBI agents observed that **BENNETT**'s computer monitor (connected to his HP Z240 Tower Workstation) displayed that the Area82 Surveillance911 YouTube channel was logged into and appeared to have a video processing for upload to the channel.

25.    Following the seizure of **BENNETT**'s Potensic UAS, the FBI transferred custody of the UAS to the U.S. Customs and Border Protection Center for Air and Marine Drone Exploitation (CAMDEx) laboratory for analysis. CAMDEx conducts advanced drone forensics and has the ability to analyze data from various drone platforms. Following its analysis, CAMDEx determined that **BENNETT**'s Potensic UAS did not store flight data on the sUAS, but that digital

media was stored on micro-SD cards, and possibly on the platform application such as a cell phone, or tablet.

26.    CAMDEx's review of **BENNETT**'s 32GB SanDisk Extreme micro-SD card revealed a 3 minute and 29 second video labeled, "PTSC_0017_0002" (the "Subject Video"). Based on my review of this video and my conversations with RRMC personnel who have also viewed this video, I believe that the Subject Video depicts a sUAS flight over the RRMC Site C.

27.    The metadata for the video revealed that the Subject Video was last modified on or about September 6, 2025.

28.    Based on my knowledge of the investigation, the Subject Video also appears to be the same as one of the videos of the Raven Rock Mountain Complex posted on **BENNETT**'s Area 82 Surveillance911 YouTube Channel on or about September 7, 2025.

29.    On October 8, 2025, the FBI conducted a review of the FAA's *Visualize It: See FAA UAS Data on a Map* website,[1] to identify the National Security UAS Flight Restriction that covers RRMC Site C.

30.    Based on a review of the Subject Video and comparison to the mapping data detailing RRMC Site C National Security UAS Flight Restriction area, I believe the Subject Video was taken by the sUAS while in the restricted airspace over RRMC Site C.

31.    Through its investigation, the FBI determined that **BENNETT** did not seek, nor was granted by the relevant U.S. Government authorities, authorization to conduct such overflight.

---

1 The FAA's Visualize It mapping data can be found at the following URL: https://faa.maps.arcgis.com/apps/webappviewer/index.html?id=9c2e4406710048e19806ebf6a06 754ad (last viewed 10/08/2025).

32.    Additionally, the FBI reviewed **BENNETT**'s HP Z240 Tower Workstation and learned the following:

    a.   On or about August 25, 2025, and September 1, 2025, **BENNETT** conducted Google Map queries for directions between his residence and the following locations: Raven Rock Mountain Liberty, PA; Raven Rock, Maryland; and Raven Rock Complex Blue Ridge Summit.

    b.   On or about September 1, 2025, **BENNETT** searched Google Earth for *Raven Rock Complex.*

    c.   On or about September 6, 2025, **BENNETT** accessed the webpage https://whitehouse.gov1.info/raven-rock/about.html.[2]

    d.   On or about September 6, 2025, the **BENNETT** saved a photo titled, *2 hf antenna and microwave towers on top of Raven Rock.*

    e.   **BENNETT** saved four videos of UAS footage, consistent with the Raven Rock Mountain Complex, as detailed above, to the computer.

    f.   The computer search also revealed that on or about September 7, 2025, **BENNETT** visited the "Area 82 Surveillance911" YouTube video *Raven Rock Mountain Complex COG Site (2ND Pentagon)* on a web browser.

33.    On or about November 10, 2025, the FBI and NCIS interviewed **BENNETT** at the FBI Baltimore Field Office. After **BENNETT** was provided his Miranda warnings, **BENNETT** told agents that he owned and flew UAS but did not have an FAA Airman's Certificate or FAA

---

2 The website https://whitehouse.gov1.info/raven-rock/about.html states it is a "parody website with fictional content and fake photos," but describes the primary mission of the Raven Rock Mountain Complex to "support the Continuity of Operations Plan (COOP) for the Office of the Secretary of Defense and the Joint Staff. Site-R is capable of serving as a backup to the Pentagon…"

Case 1:26-mj-00358-EA    Document 1-1    Filed 02/12/26    Page 9 of 9

1:26-mj-00358-EA

Recreational UAS Safety "TRUST" certificate. **BENNETT** said he owned the "Area 82 Surveillance911" YouTube channel which was connected to the mtsxhacker Gmail account. **BENNETT** admitted that he knew he was not permitted to fly UAS over military bases. **BENNETT** indicated that an individual by the name of "Elliot" provided him with a list of interesting government sites to fly over, including RRMC, but did not indicate whether he flew a UAS over RRMC.

34.     Based on the foregoing, there is probable cause that on or about September 6, 2026, in the District of Maryland, **BENNETT** knowingly and willfully violated national defense airspace by flying a sUAS over RRMC, a national defense facility, in violation of 49 U.S.C. § 46307.

## **CONCLUSION**

35.     I respectfully request issuance of the above-described criminal complaint and summons for **STUART DALE BENNETT**.

Respectfully submitted,

*Steven Fantigrossi*

Special Agent Steven Fantigrossi
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4(d) and 4.1  this _____12th_____ day of February 2026.

HONORABLE ERIN ASLAN
UNITED STATES MAGISTRATE JUDGE

9